✎JS 45  (5/97) - (Revised USAO MA 3/25/11)

**Criminal Case Cover Sheet**                                       **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II_____    **Investigating Agency** DEA_____

**City** Lynn, Revere_____          **Related Case Information:**

**County** Essex, Suffolk_____        Superseding Ind./ Inf. _____ Case No. _____
                                           Same Defendant _____ New Defendant X_____
                                           Magistrate Judge Case Number 26-6574-MPK_____
                                           Search Warrant Case Number see additional info_____
                                           R 20/R 40 from District of _____

**Defendant Information:**                 Is this case related to an existing criminal action pursuant to Rule     ☐ Yes  ☑ No
                                           40.1(h)?  If yes, case number _____

Defendant Name   LUIS TEJEDA DIAZ_____        Juvenile:  ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address:   Lynn, Mass._____

Birth date (Yr only): 1992___   SSN (last 4#): 7586   Sex: M___   Race _____   Nationality: _____

**Defense Counsel if known:**   Bruce Linson, Esq._____   Address: 240 Commercial St., Suite 5A_____

Bar Number: _____                                   Boston, MA 02109_____

**U.S. Attorney Information**

AUSA:   Samuel R. Feldman_____        Bar Number if applicable: _____

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint      ☐ Information      ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1_____

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 5/27/2026          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   _____

<b>U.S.C. Citations</b>

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and to possess with intent to distribute controlled substances | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

26-6306, 6307, 6308, 6473, 6474, 6475, 6565, 6566, 6567-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013